No. —, Original. *Ex parte*: IN THE MATTER OF THE CITY OF NEW YORK ET AL., PETITIONERS. Submitted May 12, 1924. Decided May 26, 1924. Motion for leave to file a petition for a writ of prohibition and/or a writ of mandamus herein denied. *Mr. George P. Nicholson* and *Mr. William G. Fullen* for petitioners.

No. 562. LORENZ REICH *v.* ALEXANDER SMITH COCHRAN ET AL., ETC., AS EXECUTORS, ETC. Error to the Supreme Court of the State of New York. Motion to dismiss or affirm submitted May 26, 1924. Decided June 2, 1924. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. And see *Tidal Oil Co.* v. *Flanagan*, 263 U. S. 444. *Mr. Samuel Untermyer* and *Mr. Percy H. Stewart*, for defendants in error, in support of the motion. *Mr. Alton B. Parker*, for plaintiff in error, in opposition to the motion.

No. 739. WILSON CLINTON, AN INCOMPETENT, ETC., ET AL. *v.* GYPSY OIL COMPANY. Error to the Supreme Court of the State of Oklahoma. Motion to dismiss or affirm submitted May 26, 1924. Decided June 2, 1924. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton*, 252 U. S. 1, 5–6. *Mr. J. B. Diggs*, for defendant in error, in support of the motion. *Mr. Horace H. Hagan*, for plaintiffs in error, in opposition to the motion.